UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(FORT LAUDERDALE DIVISION)
www.flsb.uscourts.gov

In re

CASE NO. 09-34791-BKC-RBR
CHAPTER 11

ROTHSTEIN ROSENFELDT ADLER, P.A.,

Debtor.
_____________________________________/

HERBERT STETTIN, not individually but as Chapter 11 Trustee of the estate of the Debtor, Rothstein Rosenfeldt Adler, P.A.,

ADV. NO. 11-02914-RBR

Plaintiff,

v.

STEVEN GOLDSTEIN,

Defendant.
_____________________________________/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the Summons and Notice of Pretrial/Trial in an Adversary Proceeding [D.E. 2], the Adversary Complaint [D.E. 1] and the Order Setting Filing and Disclosure Requirements for Pretrial and Trial [D.E. 3] were made September 1, 2011 by first class U.S. Mail, fully prepaid, to the parties listed below:

Steven Goldstein
322 Jordan Ave.
Woodmere, NY 11598

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less

than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated this 5th day of December, 2011.

GENOVESE JOBLOVE & BATTISTA, P.A.
Special Counsel to the Chapter 11 Trustee
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Telecopier: (305) 349-2310

By:/s/ John H. Genovese
John H. Genovese, Esq.
Florida Bar No. 280852